1   KEVIN V. RYAN (CSBN 118321)                    *E-filed 6/16/06*
    United States Attorney
2
    MARK L. KROTOSKI (CSBN 138549)
3   Chief, Criminal Division

4   SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
5
        150 Almaden Blvd., Suite 900
6       San Jose, California 95113
        Telephone:  (408) 535-5056
7       FAX: (408) 535-5066
        Susan.Knight@usdoj.gov
8
    Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,          )    No. 06-70303 RS
                                       )
14          Plaintiff,                 )
                                       )
15          v.                         )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME
16  ALEJANDRO SIMBRAS-DELGADO,         )
                                       )
17          Defendant.                 )    SAN JOSE VENUE
                                       )
18  _____)
                                       )
19

20      On June 8, 2006, the parties in this case appeared before the Court for an arraignment.  At

21  that appearance, Assistant Federal Public Defender Angela Hansen explained that she needed

22  additional time to review the case and discuss an early disposition with the government.

23  Therefore, the parties requested that the arraignment be continued to June 29, 2006 at 9:30 a.m.

24  In addition, the defendant, through his counsel, agreed to an exclusion of time under the Speedy

25  Trial Act from June 8, 2006 to June 29, 2006.  The parties agree and stipulate that an exclusion

26  of time is appropriate based on the defendant's need for effective preparation of counsel.

27  //

28  //

1    SO STIPULATED:                        KEVIN V. RYAN
                                           United States Attorney
2

3    DATED:_____          _____/s/_____
                                           SUSAN KNIGHT
4                                          Assistant United States Attorney

5
     DATED:_____          _____/s/_____
6                                          ANGELA M. HANSEN
                                           Assistant Federal Public Defender
7

8        Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is

9    continued to June 29, 2006 at 9:30 a.m.  Good cause is shown and the continuance is proper

10   under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

11       For good cause shown, the Court FURTHER ORDERS that time be excluded under the

12   Speedy Trial Act from June 8, 2006 until June 29, 2006.  The Court finds, based on the

13   aforementioned reasons, that the ends of justice served by granting the requested continuance

14   outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant

15   the requested continuance would deny defense counsel reasonable time necessary for effective

16   preparation, taking into account the exercise of due diligence, and would result in a miscarriage

17   of justice.  The Court therefore concludes that this exclusion of time should be made under 18

18   U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

19   SO ORDERED.

20

21   DATED:_ 6/16/06 _____              _/s/  Howard R. Lloyd_____

22                                          HOWARD R. LLOYD
                                           United States Magistrate Judge
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. 06-70305 RS                              2